# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 07-30157-GPM |
| LEWIS JOHNSON, JR., | ) |
| Defendant. | ) |

## ORDER FINDING NO THIRD PARTY INTERESTS

**MURPHY, District Judge:**

On July 21, 2008, this Court entered an Order for forfeiture against Defendant Lewis Johnson, Jr., for the following property which had been seized from him:

**One Keltec, model P-11 semiautomatic pistol, bearing serial number 31431.**

The Court's Order provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1). Notice was published on an official government website, www.forfeiture.gov, for 30 consecutive days beginning September 26, 2008, and ending October 25, 2008. No third party filed a petition within 30 days after the last date of this publication to allege an interest in the property.

Consequently, the Court finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property. The Vault Custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**IT IS SO ORDERED.**

DATED: 12/02/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge